894

■ ALEXANDER KAMINSKY et al., Respondents, v. GREEN PASTURES EGG & POULTRY CORP., Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ WILLIAM KRAIS, Appellant, v. CRYDER HOLDING CORPORATION, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ WILLIAM KRAIS, Appellant, v. JACK CHUTICK, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ LAWRENCE A. BAKER et al., Appellants, v. STEPHEN L. MARLEY et al., Respondents.— In an action by taxpayers pursuant to section 51 of the General Municipal Law, the appeal is from an order granting a motion for summary judgment dismissing the complaint. The action is based on the alleged illegal actions of respondents purportedly pursuant to article 14 of the Village Law, which were preliminary to the technical commencement, as defined in the statute, of a proceeding to acquire real property for a parking lot. On this appeal appellants have abandoned the contentions raised by them at the Special Term and rely on a theory raised for the first time on appeal, i.e., that the maps filed by respondents show that respondent Marley, the Village Mayor, who approved the resolutions which were unanimously adopted by the Village Board of Trustees, has an interest in a small portion of the land that would be acquired under the resolutions. Order unanimously affirmed, with $10 costs and disbursements. (*Kaskel* v. *Impellitteri*, 306 N. Y. 73; see, e.g., *Matter of Incorporated Village of Hempstead*, 207 Misc. 402.) Present — Nolan, P. J., Wenzel, Beldock, and Kleinfeld, JJ.; Murphy, J., deceased.

■ BORO MOTORS CORP., Respondent, v. CENTURY MOTOR SALES CORP. et al., Appellants.— Action against a corporation to recover damages for alleged breach of contract (1st cause of action) and against officers thereof to recover damages for conspiring to induce said breach (2d cause of action). The appeal is from an order (1) denying appellants' motion to dismiss the amended complaint on the ground of insufficiency (Rules Civ. Prac., rule 106, subd. 4), and (2) denying the corporate appellant's motion to dismiss the first cause of action on the ground that the contract attached to the amended complaint, upon which said cause of action is founded, is unenforcible under the Statute of Frauds (Rules Civ. Prac., rule 107, subd. 7). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Hallinan and Kleinfeld, JJ., concur; Murphy, J., deceased.